IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ARCHDIOCESE OF ST. LOUIS,<br>a Non-Profit Corporation<br><br>        Plaintiff,<br><br>vs.<br><br>UKG, INC.,<br><br>        Defendant. | Cause No. 4:20-cv-01476-SNLJ |

## JOINT STIPULATION FOR DISMISSAL

COME NOW, Plaintiff Archdiocese of St. Louis and Defendant UKG, Inc. f/k/a Ultimate Software Group, Inc., and, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action with prejudice, with each party to bear its own costs.

Dated: December 6, 2021

Respectfully submitted,

By: /s/ *Alejandro Frank* (with consent)
LEWIS BRISBOIS BISGAARD & SMITH
Alejandro Frank, 68077MO
100 S. 4th Street, Suite 500
St. Louis, MO 63102
Tel: 314-685-8359
Fax: 314-684-8347
Alejandro.Frank@lewisbrisbois.com
*Attorneys for Defendant UKG Inc. f/k/a Ultimate Software Group, Inc.*

By: /s/ *Kevin M. Cushing*
CARMODY MACDONALD P.C.
Gerard T. Carmody, 24769MO
Kevin M. Cushing, 27930MO
Meghan M. Lamping, 59987MO
Ryan M. Prsha, 70307MO
120 S. Central Avenue, Suite 1800
St. Louis, MO 63105
Tel: 314-854-8600
Fax: 314-854-8660
kmc@carmodymacdonald.com
mml@carmodymacdonald.com
rmp@carmodymacdonald.com
*Attorneys for Plaintiff Archdiocese of St. Louis*

IT IS HEREBY ORDERED this 7th day of December, 2021

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE